# EXHIBIT E

**Kelsch, Iwona**

| | |
|---|---|
| **From:** | O'Rourke, Michael |
| **Sent:** | Monday, January 27, 2025 3:57 PM |
| **To:** | Molly Long |
| **Cc:** | SJ NEC MDL; MDL3026PLC@dicellolevitt.com; MJC-Enfamil@cov.com; Rob Hammers; Kaitlyn Yong |
| **Subject:** | RE: Correspondence in Hoaglin v. Mead Johnson & Company, et al (24-cv-3548) (MDL 3026) |

Counsel,

The subpoena to University of Cincinnati Medical Center was served on July 31, 2024, a month after Plaintiff's deadline for serving said subpoena under CMO 12. ECF No. 507, Sec. III.B.3. Plaintiff had 120 days during which to request records and enforce the subpoena. *Id*. at Sec. 6.a. Nearly six months have elapsed since the subpoena was served and you have still not provided Mead Johnson with any medical records for this infant. We are also not aware of any attempts during that period by you to enforce the subpoena. *Id.* at Sec. III.A.3; *id*. at Sec. III.B.5. Given the delay, we do not believe that an extension would be warranted, and we intend to proceed with a request for relief from the Court pursuant to CMO 12. *Id.* at Sec. 6.b.

Best,

**Michael Andrew O'Rourke**
Associate

**Steptoe**
Steptoe LLP | 227 West Monroe Street Suite 4700 | Chicago, IL 60606
+1 312 577 1239 direct | morourke@steptoe.com | www.steptoe.com | Steptoe Bio

---

**From:** Molly Long <molly@hammerslawfirm.com>
**Sent:** Thursday, January 9, 2025 10:06 AM
**To:** O'Rourke, Michael <morourke@steptoe.com>
**Cc:** SJ NEC MDL <sjnecmdl@Steptoe.com>; MDL3026PLC@dicellolevitt.com; MJC-Enfamil@cov.com; Rob Hammers <rob@hammerslawfirm.com>; Kaitlyn Yong <kaitlyn@hammerslawfirm.com>
**Subject:** [EXTERNAL] RE: Correspondence in Hoaglin v. Mead Johnson & Company, et al (24-cv-3548) (MDL 3026)

Good morning, Counsel,

We would like to request a 45 extension to produce medical records for product identification. We have not received a response to our subpoena from the hospital despite our efforts to obtain records. We plan to file a motion to compel if we do not receive the records over the next few days.

Please let us know if you are agreeable to an extension until Monday, February 24, 2025. Thank you.

Regards,



**Molly Long**
Partner, Hammers Law Firm

770-900-9000  404-600-2626  www.hammerslawfirm.com
5555 Glenridge Connector, Suite 975, Atlanta, GA 30342

  

THIS E-MAIL IS INTENDED ONLY FOR THE ABOVE-NAMED RECIPIENT(S) AND IS CONFIDENTIAL. This e-mail message and attachments, if any, are intended solely for the use of the addressee hereof. In addition, this message and attachments, if any, may contain information that is confidential, privileged and exempt from disclosure under applicable law. If you are not the intended recipient of this message, you are prohibited from reading, disclosing, reproducing, or otherwise using this transmission. Delivery of this message to any person other than the intended recipient is not intended to waive any legal right or privilege. If you have received this message in error, please promptly notify the sender by e-mail and immediately delete this message and attachments, if any, from your system.

**From:** O'Rourke, Michael <morourke@steptoe.com>
**Sent:** Friday, January 3, 2025 11:22 AM
**To:** Rob Hammers <rob@hammerslawfirm.com>
**Cc:** SJ NEC MDL <sjnecmdl@Steptoe.com>; MDL3026PLC@dicellolevitt.com; MJC-Enfamil@cov.com
**Subject:** Correspondence in Hoaglin v. Mead Johnson & Company, et al (24-cv-3548) (MDL 3026)

You don't often get email from morourke@steptoe.com. Learn why this is important

**EXTERNAL EMAIL** - Use caution before opening attachments or clicking links.

Counsel,

The Complaint and Plaintiff Profile Form in the above-referenced matter do not specifically allege that the infant received a Mead Johnson product, nor has Plaintiff produced any medical records showing that a Mead Johnson product was fed to the infant in this case, as required by Case Management Order No. 12 (CMO 12), Section III.A.3. All cases that fail to demonstrate that Mead Johnson supplied the healthcare facility with the type of preterm infant nutrition administered to the infant must either "(a) dismiss or (b) amend the operative Complaint to dismiss Mead Johnson" within 120 days after the entry of the Order. CMO 12, III.C.6.a. CMO 12 was entered more than 120 days ago on May 6, 2024.

Accordingly, we ask that you immediately produce medical records identifying the Mead Johnson product fed to this infant or dismiss Mead Johnson. If you fail to do so by January 10, 2025, we intend to file a motion to show cause, as contemplated by CMO 12. III.C.6.B.

Thank you,

**Michael Andrew O'Rourke**
Associate

**Steptoe**
Steptoe LLP | 227 West Monroe Street Suite 4700 | Chicago, IL 60606
+1 312 577 1239 direct | morourke@steptoe.com | www.steptoe.com | Steptoe Bio

This message and any attached documents contain information from the law firm Steptoe LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

Case: 1:24-cv-03548 Document #: 9-5 Filed: 01/28/25 Page 4 of 4 PageID #:72